UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILE NO. 7:19-CR-00153-1D(3)

| UNITED STATES | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| CRYSTAL JAMES | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the motion to continue sentencing, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This **10** day of September, 2020.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE