UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-00153-1-D

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | NOTICE OF APPEAL |
| VS. | ) | FRAP 4(b) |
| | ) | |
| CRYSTAL JAMES | ) | |

NOW COMES the Defendant, Crystal James by and through the undersigned counsel, and hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit of the judgment and sentence imposed by the District Court on December 10, 2020 and entered on the docket on December 28, 2020.

Respectfully submitted, this the 29th day of December, 2020.

/s/Geoffrey W. Hosford
Attorney for Defendant
Post Office Box 1653
Wilmington, NC 28402
(910) 251-8333
State Bar Number 21239

1

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Notice of Appeal upon the United States by electronically filing the foregoing with the Clerk of Court on December 29, 2020, using the CM/ECF system, which sends notification of such filing to:

F. Murphy Averitt, III
Assistant United States Attorney

This the 29th day of December, 2020.

/s/Geoffrey W. Hosford
Attorney for Defendant
Post Office Box 1653
Wilmington, NC 28402
(910) 251-8333
State Bar Number 21239