IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-153-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CRYSTAL DENISE JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

On September 6, 2022, Crystal Denise James ("James" or "defendant"), appearing pro se, filed a motion for a copy of her plea agreement [D.E. 90]. Counsel represented James on appeal. James may, of course, consult with her counsel about the documents that her counsel received concerning her case. To the extent defendant's letter constitutes a motion to obtain the document without charge, the motion is DENIED.

SO ORDERED. This _30_ day of September, 2022.

JAMES C. DEVER III
United States District Judge