IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-153-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CRYSTAL DENISE JAMES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court is very familiar with the record. The court DENIES defendant's motion for reconsideration [D.E. 110]. Cf. [D.E. 72, 73, 86, 106].

SO ORDERED. This 10 day of August, 2025.

JAMES C. DEVER III
United States District Judge